# Order

Michigan Supreme Court
Lansing, Michigan

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143720 (54)

GORDON SCOTT DITTMER,
     Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
DEPARTMENT OF CORRECTIONS
DIRECTOR, ST. LOUIS CORRECTIONAL
FACILITY WARDEN, ST. LOUIS
CORRECTIONAL FACILITY DEPUTY
WARDEN and ST. LOUIS CORRECTIONAL
FACILITY CORRECTIONS OFFICER,
     Respondents-Appellees.
_____

SC: 143720
COA: 298997
CT of CLAIMS: 09-000126 MP

On order of the Chief Justice, the motion for reconsideration of the order of September 14, 2011 is considered and it is denied because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk